**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION**

**In the Matter of:**

**WILLIAM WALTER SNIDER**
**MARY ELLEN SNIDER**

CHAPTER 13 PROCEEDING
CASE NUMBER: 10-20913
HONORABLE: DANIEL S OPPERMAN

Debtor(s)
_____/

## NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

U.S. Bankruptcy Court
111 First Street
P.O. Box 911
Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766

2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: October 2, 2010

/s/ Thomas W. McDonald, Jr.
Thomas W McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

[1]Response or answer must comply with F.R.Civ. P (8)(b), (c) and (e)

**In the Matter of:**

| | |
|---|---|
| **WILLIAM WALTER SNIDER** | CHAPTER 13 PROCEEDIN |
| **MARY ELLEN SNIDER** | CASE NUMBER: 10-20913 |
| | HONORABLE: DANIEL S OPPERMAN |

      Debtor(s)

_____/

## **MOTION TO DISMISS**

NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

(1) That the debtor hereinabove filed a petition in Chapter 13 Bankruptcy proceedings on March 11, 2010.

(2) That the debtor hereinabove has failed to fulfill required conditions of their case as follows:

    a. Debtor has failed to make Chapter 13 Payments pursuant to the Order Confirming Plan.

    b  Required plan payments were $415.00 per month.

  c. There exists an arrearage of plan payments computed as follows from the debtor as follows.

```
April 2010 to October 2010
7 payments at $415.00@                          $     2,905.00
Less actual payments (see attached report)     ($     1,245.00)
NET ARREARAGE                                   $     1,660.00
```

(3) That the debtor's acts as described hereinabove as a material default by th debtor with respect to the term of a confirmed plan 11 U.S.C. §1307(c)(6).

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtor named hereinabove, and further relief deemed just by this court.

Dated: October 2, 2010                   /s/Thomas W. McDonald, Jr.
                                                     Thomas W McDonald, Jr.
                                                     Chapter 13 Trustee
                                                     3144 Davenport Avenue
                                                     Saginaw, Michigan 48602
                                                     Telephone:  (989) 792-6766
                                                     ecf@mcdonald13.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION**

**In the Matter of:**

**WILLIAM WALTER SNIDER**
**MARY ELLEN SNIDER**

      Debtor(s)
_____/

**Thomas W. McDonald, Jr.**
**Chapter 13 Trustee**
**3144 Davenport Avenue**
**Saginaw, Michigan 48602**
**Telephone: (989) 792-6766**
ecf@mcdonald13.org
_____/

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 10-209013**
**HONORABLE: DANIEL S OPPERMAN**

## ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307(c),

    **IT IS HEREBY ORDERED that this case is DISMISSED.**

    **2. IT IS FURTHER ORDERED that:**

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The Clerk serve a copy of this order upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 Trustee (who shall serve a copy on any party who was subject to an order to fund the Chapter 13 Plan), by regular mail forthwith;

    c. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    d. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION**

**In the Matter of:**

**WILLIAM WALTER SNIDER**
**MARY ELLEN SNIDER**

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 10-20913**
**HONORABLE: DANIEL S OPPERMAN**

    Debtor(s)
_____/

## CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS

I, the undersigned, do hereby certify that on October 2, 2010, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

  Randall L Frank  randall.frank@gmail.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

  William W & Mary E Snider
  314 McDonald Drive
  Houghton Lake Mi 48629

                    /s/Shirley Barber
                    Shirley Barber
                    Office of Thomas W. McDonald, Jr.
                    Chapter 13 Trustee
                    3144 Davenport Avenue
                    Saginaw, Michigan 48602
                    Telephone:  (989) 792-6766
                    ecf@mcdonald13.org