

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Receipts | Excluded | Total |
|---|---|---|---|---|---|---|---|
| 6/29/2010 | 324196 | | 1182 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| 6/7/2010 | 323986 | | 1163 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| 3/25/2010 | 323396 | | 1103 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| | | | | Totals: | $1,245.00 | $0.00 | $1,245.00 |