UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

|  |  |
|---|---|
| | CHAPTER 13 PROCEEDING |
| **WILLIAM WALTER SNIDER** | CASE NUMBER: 10-20913 |
| **MARY ELLEN SNIDER** | HONORABLE: DANIEL S OPPERMAN |

     Debtor(s)
_____/

## NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:o

U.S. Bankruptcy Court
111 First Street
P.O. Box 911
Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766

    2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: November 12, 2012

    /s/ Thomas W. McDonald, Jr.
    Thomas W McDonald, Jr.
    Chapter 13 Trustee
    3144 Davenport Avenue
    Saginaw, Michigan 48602
    Telephone: (989) 792-6766
    ecf@mcdonald13.org

oResponse or answer must comply with F.R.Civ. P (8)(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

**WILLIAM WALTER SNIDER**
**MARY ELLEN SNIDER**

CHAPTER 13 PROCEEDIN
CASE NUMBER: 10-20913
HONORABLE: DANIEL S OPPERMAN

Debtor(s)
_____/

## MOTION TO DISMISS

NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

(1) That the debtor hereinabove filed a petition in Chapter 13 Bankruptcy proceedings on March 11, 2010.

(2) That the debtor hereinabove has failed to fulfill required conditions of their case as follows:

  a. Debtor has failed to make Chapter 13 Payments pursuant to the Order Confirming Plan.

  b  Required plan payments were $415.00 per month.

  c. There exists an arrearage of plan payments computed as follows from the debtor as follows.

  April 2010 to November 2012
  32 payments at $415.00@                              $  13,280.00
  Less actual payments (see attached report)   ($      10,790.00)
  **NET ARREARAGE**                                    **$    2,490.00**

  d. That debtor has failed to submit 2010 and 2011 tax returns to the Trustee to determine the 50% for the plan.

(3) That the debtor's acts as described hereinabove as a material default by th debtor with respect to the term of a confirmed plan 11 U.S.C. §1307(c)(4).

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtor named hereinabove, and further relief deemed just by this court.

Dated: November 12, 2010

/s/Thomas W. McDonald, Jr.
Thomas W McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone:  (989) 792-6766
ecf@mcdonald13.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

                              **CHAPTER 13 PROCEEDING**

**WILLIAM WALTER SNIDER**      **CASE NUMBER: 10-209013**
**MARY ELLEN SNIDER**          **HONORABLE: DANIEL S OPPERMAN**

      Debtor(s)
_____/
**Thomas W. McDonald, Jr.**
**Chapter 13 Trustee**
**3144 Davenport Avenue**
**Saginaw, Michigan 48602**
**Telephone: (989) 792-6766**
ecf@mcdonald13.org
_____/

## ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307(c),

    **IT IS HEREBY ORDERED that this case is DISMISSED.**

    **2. IT IS FURTHER ORDERED that:**

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The Clerk serve a copy of this order upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 Trustee (who shall serve a copy on any party who was subject to an order to fund the Chapter 13 Plan), by regular mail forthwith;

    c. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    d. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

In the Matter of:

                                      CHAPTER 13 PROCEEDING
**WILLIAM WALTER SNIDER**        CASE NUMBER: 10-20913
**MARY ELLEN SNIDER**           HONORABLE: DANIEL S OPPERMAN

      Debtor(s)
_____/

## **CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS**

I, the undersigned, do hereby certify that on November 12, 2012, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

   Randall L Frank    randall.frank@gmail.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

   William W & Mary E Snider
   314 McDonald Drive
   Houghton Lake Mi 48629

                                            /s/Shirley Barber
                                            Shirley Barber
                                            Office of Thomas W. McDonald, Jr.
                                            Chapter 13 Trustee
                                            3144 Davenport Avenue
                                            Saginaw, Michigan 48602
                                            Telephone:  (989) 792-6766
                                            ecf@mcdonald13.org