

| Case | Parties | Pay Schedules | Payees | Financials | PlanCalc 1 | PlanCalc 3 | Forum | Documents | Docket | Scan | Attach | Matters |

Recently Accessed Cases: 10-20913-dob William Walter Snider

10-20913-dob William Walter Snider (XXX-XX-9961)
Mary Ellen Snider (XXX-XX-7957)
Attorney: Randall Frank (P33189)

$415.00 MO (ACH)
Bar Date: 7/14/2010 (has passed) 9/7/2010 (has passed)
Confirmed: 5/20/2010 Bar Check is YES
Case Status: ACTIVE (11/5/2015)

William Walter Snider paying $415.00 MONTHLY

Adequate Protection:

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Receipts | Excluded | Total |
|---|---|---|---|---|---|---|---|
| 11/7/2012 | 332723 | | ACH | INSUFFICIENT FUNDS | ($415.00) | | |
| 11/5/2012 | 332684 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 10/5/2012 | 332404 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 9/5/2012 | 332082 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 8/5/2012 | 331813 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 7/5/2012 | 331443 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 6/5/2012 | 331080 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 5/5/2012 | 330686 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 4/5/2012 | 330080 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 3/5/2012 | 329617 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 2/5/2012 | 329373 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 1/5/2012 | 329094 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 12/5/2011 | 328777 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 11/5/2011 | 328557 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 10/7/2011 | 328336 | | ACH | INSUFFICIENT FUNDS | ($415.00) | | |
| 10/5/2011 | 328279 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 9/2/2011 | 327996 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 8/5/2011 | 327751 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 7/5/2011 | 327433 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 6/5/2011 | 327126 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 5/5/2011 | 326818 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 4/5/2011 | 326547 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 3/5/2011 | 326277 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 2/5/2011 | 326030 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 1/5/2011 | 325768 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 12/3/2010 | 325528 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 11/5/2010 | 325285 | | ACH | AUTOMATIC CLEARING HOUSE | $415.00 | | |
| 6/29/2010 | 324196 | | 1182 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| 6/7/2010 | 323986 | | 1163 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| 3/25/2010 | 323396 | | 1103 | PERSONAL CHECK/DEBTOR ACCOUNT | $415.00 | | |
| | | | | Totals: | $10,790.00 | $0.00 | $10,790.00 |