UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

    Case No. 10-20913

William & Mary Snider,

    Debtor(s).    /    Chapter 13 Proceeding
    Hon. Daniel S. Opperman

## NOTICE OF DEBTOR'S ADDRESS CHANGE

    Please note that William & Mary Snider's, address is hereby changed from 314 McDonald Dr., Houghton Lake, MI 48629 to 11414 Morgan Avenue, Plymouth, MI 48170.

New Address:
    William & Mary Snider
    11414 Morgan Avenue
    Plymouth, MI 48170


DATED: December10, 2012

    /s/ Randall L. Frank

    _____
    Randall L. Frank (P33189)
    Attorney for Chapter 13 Debtor(s)
    P.O. Box 2220
    Bay City, MI 48707-2220
    (989) 893-2461
    Attyrandall.frank@gmail.com