UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                      CHAPTER 13 PROCEEDINGS
WILLIAM WALTER SNIDER         CASE NUMBER: 10-20913
MARY ELLEN SNIDER            HONORABLE: DANIEL S OPPERMAN

            Debtor(s).
_____/

**CERTIFICATE OF NO OBJECTIONS TO TRUSTEE'S MOTION
TO DISMISS**

     The undersigned states that on November 12, 2012, a Motion To Dismiss was mailed to the debtor and the debtor's attorney and that no objection has been filed to the Motion to Dismiss this case.

Dated: January 15, 2013                            /s/ Thomas W McDonald, Jr.
                                                      Thomas W McDonald Jr.
                                                      Chapter 13 Trustee Office
                                                      3144 Davenport
                                                      Saginaw, Mi 48602
                                                      Telephone (989) 792-6766\
                                                      ecf@mcdonald.13