Form ntcdsm1

111 First Street
Bay City, MI 48708

## UNITED STATES BANKRUPTCY COURTS
### Eastern District of Michigan

Case No.: **10−20913−dob**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  William Walter Snider                       Mary Ellen Snider
  11414 Morgan Avenue                 11414 Morgan Avenue
  Plymouth, MI 48170                    Plymouth, MI 48170

Social Security No.:
  xxx−xx−9961                              xxx−xx−7957

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case** was entered on **1/15/13**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/16/13

                                       BY THE COURT

                                       Katherine B. Gullo , Clerk of Court
                                       UNITED STATES BANKRUPTCY COURT