Form ntcdsm1

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **10−20913−dob**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   William Walter Snider                           Mary Ellen Snider
   11414 Morgan Avenue                           11414 Morgan Avenue
   Plymouth, MI 48170                              Plymouth, MI 48170

Social Security No.:
   xxx−xx−9961                                             xxx−xx−7957

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case** was entered on **1/15/13**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/16/13

                                                                     BY THE COURT


                                                                     Katherine B. Gullo , Clerk of Court
                                                                     UNITED STATES BANKRUPTCY COURT

```
In re:                                                            Case No. 10-20913-dob
William Walter Snider,                                            Chapter 13
Mary Ellen  Snider,
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0645-1         User: sschu              Page 1 of 3          Date Rcvd: Jan 16, 2013
                             Form ID: ntcdsm          Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2013.
```
db/jdb       +William Walter Snider,   Mary Ellen Snider,   11414 Morgan Avenue,   Plymouth, MI 48170-4437
18576632     +Aig Federal Savings Ba,   600 King St,   Wilmington, DE 19801-3712
18576637     +Chase,   N54 W 13600 Woodale Dr,   Mennomonee, WI 53051-7026
18576643     +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
18940672     +FIA Card Services NA aka Bank of America,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
18576647     +First Nationwide Mtg,   Po Box 9438,   Gaithersburg, MD 20898-9438
18746544      JPMorgan Chase Bank, N.A.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
18576652     +Peoples Bk Credit Card Services,   Attn: Bankruptcy,   Po Box 7092 Rccb 0680,
               Bridgeport, CT 06601-7092
19008883      Portfolio Recovery Associates, LLC,   Po Box 41067, Norfolk VA 23451
18576630      US Attorney's Office,   101 First Street,   Suite 200,   Bay City, MI 48708-5747
18576657     +Worlds Foremost Bank N,   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18633605      EDI: AIS.COM Jan 17 2013 01:48:00      American Infosource Lp As Agent for,
               World Financial Network National Bank As,   King Size,   PO Box 248872,
               Oklahoma City, OK   73124-8872
18576634     +EDI: BANKAMER2.COM Jan 17 2013 01:33:00      Bac/fleet-bkcard,   200 Tournament Dr,
               Horsham, PA 19044-3606
18576635     +EDI: BANKAMER.COM Jan 17 2013 01:33:00      Bank Of America,   Attn: Bankruptcy NC4-105-02-77,
               Po Box 26012,   Greensboro, NC 27420-6012
18576636      EDI: CAPITALONE.COM Jan 17 2013 01:33:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091
18897835      EDI: RESURGENT.COM Jan 17 2013 01:43:00      CR Evergreen, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
18576638     +EDI: CHASE.COM Jan 17 2013 01:43:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18576639     +EDI: CHASE.COM Jan 17 2013 01:43:00      Chase Na,   Attn: Bankruptcy Dept,   Po Box 100018,
               Kennesaw, GA 30156-9204
18576640      EDI: CITICORP.COM Jan 17 2013 01:33:00      Citi,   Po Box 6003,   Hagerstown, MD 21747
18576641     +EDI: CITICORP.COM Jan 17 2013 01:33:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
18576642     +EDI: CITICORP.COM Jan 17 2013 01:33:00      Citibank Usa,   Attn.: Centralized  Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
18832908      EDI: DTEE.COM Jan 17 2013 01:43:00      DTE Energy,   One Energy Plaza,   2160 WCB,
               Detroit, MI 48226
18608987      EDI: DISCOVER.COM Jan 17 2013 01:33:00      Discover Bank,   Dfs Services LLC,   PO Box 3025,
               New Albany, Ohio   43054-3025
18576644     +EDI: DISCOVER.COM Jan 17 2013 01:33:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
18576645     +EDI: DTEE.COM Jan 17 2013 01:43:00      Dte Energy,   Attention: Bankruptcy,   3200 Hobson St,
               Detroit, MI 48201-2927
20645205     +EDI: RESURGENT.COM Jan 17 2013 01:43:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
18576646      E-mail/Text: bbagley@enerbankusa.com Jan 16 2013 22:58:03      Enerbank Usa,
               1945 W Parnall Rd Ste 22,   Jackson, MI 49201-8658
18576648     +EDI: GMACFS.COM Jan 17 2013 01:38:00      G M A C,   5400 Gateway Ctr,   Flint, MI 48507-3939
18576649     +EDI: HFC.COM Jan 17 2013 01:33:00      HSBC,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream, IL 60197-5213
18576650     +EDI: HFC.COM Jan 17 2013 01:33:00      Hsbc/rs,   Pob 15521,   Wilmington, DE 19850-5521
18576651      EDI: IRS.COM Jan 17 2013 01:33:00      Internal Revenue Service,   PO Box 21125,
               Philadelphia, PA 19114
18576631      EDI: IRS.COM Jan 17 2013 01:33:00      Internal Revenue Service,   PO Box 330500, SPF Office,
               Stop 48,   Detroit, MI 48226
18651738     +EDI: MID8.COM Jan 17 2013 01:43:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18750121     +E-mail/Text: bknotice@ncmllc.com Jan 16 2013 22:57:32      National Capital Management, LLC.,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
18576633      EDI: AGFINANCE.COM Jan 17 2013 01:38:00      American General Finan,   Pob 10,   Midvale, UT 84047
18576653     +EDI: SEARS.COM Jan 17 2013 01:33:00      Sears/cbsd,   701 East 60th St N,
               Sioux Falls, SD 57104-0432
18576654     +EDI: WTRRNBANK.COM Jan 17 2013 01:33:00      Target,   Po Box 9475,   Minneapolis, MN 55440-9475
18576655     +EDI: WFNNB.COM Jan 17 2013 01:43:00      Wfnnb/king Sizes,   Po Box 182121,
               Columbus, OH 43218-2121
18576656     +EDI: WFNNB.COM Jan 17 2013 01:43:00      Wfnnb/woman,   Po Box 182273,   Columbus, OH 43218-2273
                                                                                              TOTAL: 28
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**                     **Signature:**     *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2013 at the address(es) listed below:
         Randall L. Frank    on behalf of Debtor William Snider attyrandall.frank@gmail.com, randall.frank@gmail.com
         Thomas  McDonald    ecf@mcdonald13.org

                                                                                             TOTAL: 2