UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


IN THE MATTER OF:                                        CHAPTER 13 PROCEEDINGS
William Walter Snider                                    CASE NO. 10-20913-dob
Mary Ellen Snider                                        JUDGE DANIEL S OPPERMAN
11414 Morgan Avenue
Plymouth, MI  48170-4437

                          Debtors
SSN(1) XXX-XX-9961
SSN(2) XXX-XX-7957


**PROOF OF SERVICE**

    Sandy Urbaniak, being first duly sworn, deposes and says that on March 11, 2013, she served a copy
of TRUSTEE'S FINAL REPORT on:


| | |
|---|---|
| William Walter Snider | Randall Frank (P33189) |
| Mary Ellen Snider | 916 Washington Avenue  Suite 310 |
| 11414 Morgan Avenue | PO Box 2220 |
| Plymouth, MI  48170-4437 | Bay City, MI  48707-2220 |
| | |
| AIG Federal Savings Bank | American General Finance |
| 600 King Street | PO Box 3251 |
| Wilmington, DE  19801 | Evansville, IN  47731 |
| | |
| American Infosource LP | BAC/Fleet Bankard |
| PO Box 248872 | PO Box 26012 |
| Oklahoma City, OK  73124-8872 | Greensboro, NC  27420 |
| | |
| Capital One Bank USA NA | Chase Home Finance |
| American Infosource LP | 3415 Vision Drive  Mail Code 7364 |
| PO Box 71083 | Columbus, OH  43219-6009 |
| Charlotte, NC  28272-1083 | |
| | |
| Citifinancial Inc | Discover Bank |
| PO Box 70923 | DFS Services LLC |
| Charlotte, NC  28272-0923 | PO Box 3025 |
| | New Albany, OH  43054-3025 |
| | |
| DTE Energy (Detroit Edison/MichCon) | East Bay Funding LLC-EFT |
| One Energy Plaza | c/o Resurgent Capital Services |
| Detroit, MI  48226 | PO Box 288 |
| | Greenville, SC  29603 |
| | |
| Enerbank USA | FIRST NATIONWIDE MORTGAGE CORP |
| 212 W Michigan Avenue | P O BOX 9447 |
| Jackson, MI  49201 | GAITHERSBURG, MD  20898-9447 |

GMAC
PO Box 78367
Phoenix, AZ  85062

HSBC
PO Box 5253
Carol Stream, IL  60197-5253

Midland Credit Management Inc
8875 Aero Drive  Suite 200
San Diego, CA  92123-2251

National Capital Management LLC
8245 Tournament Drive   Suite 230
Memphis, TN  38125

People's Bank
850 Main Street
Recovery RC-153
Bridgeport, CT  06601

PRA Receivables Management LLC EFT
PO Box 12914
Norfolk, VA  23541

Sears Recovery
7920 NW 110th Street
Kansas City, MO  64153-1270

Target National Bank
c/o Weinstein & Riley PS
PO Box 3978
Seattle, WA  98124-3978

WFNNB/Woman
PO Box 182273
Columbus, OH  43218

World's Foremost Bank N
4800 NW 1st Street   Suite 300
Lincoln, NE  68521

By enclosing said copies in a sealed envelope addressed to their respective offices and depositing said envelope in a government mail receptacle in the City of Saginaw and State of Michigan for delivery by regular mail with postage fully prepaid and affixed thereto to permit such passage of the envelope through the United States Mail.

DATED:  03/11/2013

/s/  Sandy Urbaniak
_____

Sandy Urbaniak
Thomas W Mcdonald, Jr. (P32464)
Bankruptcy Trustee
PO Box 6310
Saginaw, MI 48608
Tele: (989)792-6766
mail@mcdonald13.org